MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**
**for the**
**Eastern District of Michigan**

UNITED STATES OF AMERICA

     v.

EVANS, Ernie Thomas

Crim. No.:  15CR20106-01

On 05/02/2022 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violation(s) of supervision.  The issue(s) of the violation(s) was/were heard in Court on 05/16/2022, and the Court made the following finding(s):

__X__  Guilty of violating Counts 2 and 3 of the 12C Violation Report. Count 1 was dismissed.  The following special condition(s) of supervision is/are added:

Special Condition 4 amended: "The defendant shall participate in a program approved by the probation department for mental health counseling and anger management."

"You must reside in a Residential Reentry Center (RRC) for 90 days. You must follow the rules and regulations of the center. Subsistence cost associated with placement has been waived."

"You must not use or possess alcohol in any consumable form, nor shall you be in the social company of any person whom you know to be in possession of alcohol or illegal drugs or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants."

Respectfully submitted,

Amanda S. Glaros
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 16th Day of May, 2022.

s/Matthew F. Leitman
Honorable Matthew F. Leitman
United States District Judge